**Exhibit A**

Table of Observed Infringements by Defendants of Exquisite Multimedia Inc's Copyright Reg. No. PA0001769148

| Defendant | Internet Protocol Address (IP) / Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | State / District Court | Protocol / Hash |
|---|---|---|---|---|
| Doe 1 | 108.49.110.91 / 2012-06-24 20:46:44 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 2 | 108.49.55.75 / 2012-07-07 11:15:43 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 3 | 108.49.66.119 / 2012-06-07 15:09:32 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 4 | 108.7.73.215 / 2012-06-04 15:20:31 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 5 | 173.48.140.163 / 2012-04-01 02:15:32 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 6 | 173.48.194.79 / 2012-06-08 09:20:15 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 7 | 173.48.95.84 / 2012-03-05 21:48:03 -0500 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 8 | 173.76.50.74 / 2012-04-25 19:11:41 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 9 | 173.76.51.75 / 2012-04-07 21:29:40 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 10 | 174.63.52.102 / 2012-02-12 19:59:32 -0500 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 11 | 24.218.0.247 / 2012-06-08 21:13:46 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 12 | 24.218.140.103 / 2012-05-07 22:07:13 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 13 | 24.218.205.88 / 2012-02-17 00:02:16 -0500 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 14 | 24.218.73.252 / 2012-07-23 14:19:49 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 15 | 24.60.200.196 / 2012-03-29 23:19:31 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |

| Doe 16 | 24.61.202.228 / 2012-08-03 15:11:31 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
|---|---|---|---|---|
| Doe 17 | 24.62.142.86 / 2012-05-12 16:28:14 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 18 | 24.63.138.15 / 2012-05-02 00:59:51 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 19 | 50.133.208.183 / 2012-03-13 13:10:23 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 20 | 50.136.41.176 / 2012-04-23 22:37:33 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 21 | 65.96.152.156 / 2012-02-10 20:32:07 -0500 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 22 | 66.30.128.63 / 2012-08-21 14:19:56 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 23 | 66.30.234.126 / 2012-04-19 17:10:04 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 24 | 66.31.222.192 / 2012-06-03 14:43:24 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 25 | 67.186.155.175 / 2012-05-22 16:33:23 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 26 | 67.248.32.231 / 2012-05-20 00:59:48 -0400 | Road Runner | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 27 | 68.185.121.140 / 2012-05-28 23:18:00 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 28 | 71.184.157.27 / 2012-06-01 10:40:07 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 29 | 71.232.172.134 / 2012-03-01 20:59:10 -0500 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 30 | 71.232.176.170 / 2012-08-21 19:10:01 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 31 | 71.232.67.129 / 2012-06-09 19:50:37 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 32 | 71.233.128.135 / 2012-05-07 22:37:39 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 33 | 71.233.234.142 / 2012-04-08 23:00:34 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |

| | | | | |
|---|---|---|---|---|
| Doe 34 | 71.233.32.133 / 2012-06-06 21:25:58 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 35 | 72.74.254.44 / 2012-04-08 19:26:47 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 36 | 75.130.105.207 / 2012-04-20 02:19:45 -0400 | CHARTER COMMUNICATIONS | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 37 | 75.67.4.68 / 2012-06-02 20:17:54 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 38 | 76.118.36.40 / 2012-05-29 04:55:10 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 39 | 76.127.139.119 / 2012-07-20 18:57:19 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 40 | 76.23.246.59 / 2012-05-21 00:22:00 -0400 | Comcast Cable | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 41 | 96.237.245.16 / 2012-05-02 00:59:51 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 42 | 96.252.37.8 / 2012-06-20 04:56:26 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 43 | 96.252.93.57 / 2012-03-25 17:19:46 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 44 | 98.110.150.172 / 2012-03-16 08:15:42 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 45 | 98.110.157.219 / 2012-03-12 19:36:47 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |
| Doe 46 | 98.110.157.241 / 2012-03-14 08:01:40 -0400 | Verizon Internet Services | Massachusetts / District of Massachusetts | BitTorrent / 9e22671d7baa9817844fc8b066cb0db1c93d8755 |